| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Hall, Peter W. | 2. Court or Organization  Court of Appeals -- 2d Circuit | 3. Date of Report  12/27/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  1/1/2018 to 12/31/2018 |
| 7. Chambers or Office Address  United States Court of Appeals P.O. Box 885 Rutland, VT 05702-0885 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Committee | Joan Loring Wing Inns of Court Chapter, Southern Vermont |
| 2. | Member, Board of Directors | Federal Judges Association |
| 3. | Member, Advisory Committee | Cornell Law School |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 12/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed -- veterinarian |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | February 18-21, 2018 | Ithaca, NY | Visiting Scholar | Travel, food, lodging |
| 2. | Cornell Law School | April 13-15, 2018 | Ithaca, NY | Moot Court | Food, lodging |
| 3. | Federal Judges Association | May 4-5, 2018 | Washington, DC | Board Member | Travel, food, lodging |
| 4. | Cornell Law School | October 17-19, 2018 | Ithaca, NY | Moot Court | Food, lodging |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Massachusetts Mutual Life Insurance Company | Loan against whole life policy value | J |
| 2. | NationwideFinancial Services Insurance | Loan against whole life policy value | J |
| 3. | Chase Credit Card | Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 12/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CIGNA (common) | A | Dividend | J | T | | | | | |
| 2. IRA: Fidelity Asset Manager 50% Mutual Fund | A | Dividend | J | T | | | | | |
| 3. Interest in timber & land, Shaftsbury, VT | A | Rent | K | W | | | | | |
| 4. Rental portion of personal residence, ▓▓▓ | D | Rent | K | W | | | | | |
| 5. Nationwide Life Ins. Co. of Amer. whole life ins. Policy | A | Dividend | K | T | | | | | |
| 6. Massachusetts Mutual Life Ins. Co. -- whole life ins. Policy | A | Dividend | K | T | | | | | |
| 7. Peoples United | A | Interest | J | T | | | | | |
| 8. Berkshire Bank | A | Interest | J | T | | | | | |
| 9. Heritage Family Credit Union | A | Interest | J | T | | | | | |
| 10. Edward D. Jones Money Market Account | A | Dividend | J | T | | | | | |
| 11. Vermont Educ. & Health Bldgs Fin.Revenue Bonds | A | Interest | K | T | | | | | |
| 12. American Funds (mutual fund) -- Income Fund of America | A | Int./Div. | J | T | | | | | |
| 13. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 14. IDX | A | Dividend | J | T | | | | | |
| 15. Western National Life Insurance Company, Fixed Annuity | A | Int./Div. | J | T | | | | | |
| 16. ▓▓▓▓▓ | E | Distribution | M | U | | | | | |
| 17. Credit Union of Vermont | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 12/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UVM & State Agriculture College Revenue Bonds | A | Interest | J | T | | | | | |
| 19. 3M Company | A | Dividend | J | T | | | | | |
| 20. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 21. IRA: American Funds -- High Income Trust | A | Dividend | J | T | | | | | |
| 22. IRA: American Funds -- Internat'l Growth & Income Fund | A | Dividend | J | T | | | | | |
| 23. IRA: American Funds -- American Mutual Fund | A | Dividend | J | T | | | | | |
| 24. IRA: American Funds -- Income Fund of America | A | Dividend | J | T | | | | | |
| 25. Southwest Airlines | A | Dividend | J | T | | | | | |
| 26. CVS Health Corp | A | Dividend | J | T | | | | | |
| 27. Apple, Inc. | A | Dividend | J | T | | | | | |
| 28. MFS Mutual Funds -- Growth Fund Class A (MFEGX) | A | Dividend | J | T | | | | | |
| 29. Abalone Enterprises LLC | A | Distribution | N | U | | | | | |
| 30. Thacher W. Worthen Trust (X) -- managed by People's United Wealth * | B | Distribution | M | T | | | | | |
| 31. Paine Frederic W. Trust (X) -- managed by U.S. Trust ** | C | Distribution | M | T | | | | | |
| 32. MFS Mutual Funds -- Value Fund Class A (MEIAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hall, Peter W. | 12/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 12/27/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter W. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544